[No. 1342.    Decided August 3, 1894.]

THE STATE OF WASHINGTON, *on the relation of John Sutter, Appellant*, v. JAMES O'LOUGHLIN, *Respondent*.

*Appeal from Superior Court, Skagit County.*

*Million & Houser,* for appellant.

*George A. Joiner,* for respondent.

*Per curiam.*—The only point presented on this appeal was lately decided by this court in *State, ex rel. Thompson, v. Prince, ante,* p. 107, and on authority thereof the judgment is reversed.

---

[No. 1164.    Decided August 4, 1894.]

ANDREW MATSON, *Respondent*, v. THE PORT TOWNSEND SOUTHERN RAILROAD COMPANY, *Appellant.*

*Appeal from Superior Court, Jefferson County.*

*Andrew F. Burleigh,* for appellant.

*F. C. Robertson,* and *R. W. Jennings (D. J. Crowley,* of counsel) for respondent.

HOYT, J.—This cause was tried upon the same proofs as that of Edgar Matson by Andrew Matson, guardian *ad litem,* against the same defendant, *ante,* p. 449, and presents no questions of law or fact not determined by the decision in that case. The judgment will be reversed, and the cause remanded with instructions to dismiss the action.

ANDERS and STILES, JJ., concur.

DUNBAR, C. J., concurs in the result.